# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 08-CR-300

JEFFREY T. MILLER,

        Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Indictment, defendant Jeffrey T. Miller agrees to the forfeiture of his interest in the properties named in the forfeiture provision of the Indictment filed on November 13, 2008;

**IT IS HEREBY ORDERED** that all right, title and interest in the properties described below is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2428:

    1.    One HP Pavilion DV 2500 Laptop, serial number 2CE73604XF,[1] containing Western Digital Scorpio 250 GB hard drive, serial number WXE607G13706;

---

[1] The serial number for this laptop was incorrectly listed in the Indictment as 2C#73604XF.

2. Compaq Presario S6100NX[2] computer tower with serial number CNC3510DPM, containing 80 GB Seagate Barracuda hard drive, serial number 3JV7VB0N; and

3. One Motorola MOTOROKR Z6m camera telephone, serial number G195H52TZD G19 G0PS07)XUV.[3]

**IT IS FURTHER ORDERED** that the above items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 11th day of June, 2009.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

---

[2] This asset was incorrectly listed in the Indictment as one Compaq Presario S0000. The serial number for the computer was incorrectly listed in the Indictment as CMC3510DPM.

[3] This asset was incorrectly listed in the Indictment as one Motorola 26M camera telephone, serial number G195H52TZD.